## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR376** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CHRISTINA ZAVODNY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the time for filing documents in support of her motion for downward departure (Filing No. 124).

IT IS ORDERED:

1. The Defendant's motion to extend the time for filing documents in support of her motion for downward departure (Filing No. 124) is granted; and

2. Documents supporting the Defendant's motion for downward departure must be submitted on or before May 31, 2007.

DATED this 25th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge