IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR376** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CHRISTINA ZAVODNY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by the Defendant, Christina Zavodny, to seal the document(s) filed at Filing No. 122 (Filing No. 129).

IT IS ORDERED:

1. The Defendant's motion to seal (Filing No. 129) is granted; and

2. The Clerk is directed to seal Filing No. 122 and the accompanying documents.

DATED this 1st day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge