# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR376** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CHRISTINA ZAVODNY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on: 1) the sealed "motion to file facsimile with the Court and motion to seal filed document" (Filing No. 131) filed by the Defendant, Christina Zavodny, to file under seal the facsimile document described in the motion; and 2) the Defendant's oral motion to file her "motion to file facsimile with the Court and motion to seal filed document" and "supplemental brief in support of motion for downward departure under U.S.S.G. § 5K2.13" under seal.

IT IS ORDERED:

1.    The Defendant's "motion to file facsimile with the Court and motion to seal filed document" (Filing No. 131) is granted;

2.    The Defendant's oral motion to file under seal her "motion to file facsimile with the Court and motion to seal filed document" and "supplemental brief in support of motion for downward departure under U.S.S.G. § 5K2.13" is granted; and

3.    The Clerk is directed to file the documents referenced in (1) and (2) above under seal.

DATED this 4th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge